# Notice Recipients

| District/Off: 0207−1 | User: malleyne | Date Created: 11/17/2010 |
|---|---|---|
| Case: 1−10−47688−ess | Form ID: 253 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
6948657    HSBC Bank USA, National Association, as Trustee fo

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr         Debra Kramer         dkramer@kramerpllc.com, ny73@ecfcbis.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Xiomara Sanchez      16002 Normal Rd      #3      Jamaica, NY 11432
smg        NYS Department of Taxation &Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg        NYC Department of Finance      345 Adams Street, 3rd Floor      Attn: Legal Affairs – Devora Cohn      Brooklyn, NY 11201
smg        NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg        United States Trustee      Office of the United States Trustee      271 Cadman Plaza East      Brooklyn, NY 11201
6930830    BAC Home Loans Servicing LP      f/k/a Countrywide Home      c/o Rosicki Rosicki &Associates, P.C.      51 East Bethpage Road      Plainview, NY 11803
6840375    Bank of America      PO Box 2278      Norfolk VA 23501
6840376    Capital One      PO Box 790216      St Louis MO 63179−0216
6840377    Dell Financial Services      1 Dell Way PS2DF−2      Round Rock TX 78682
6840378    Discover      PO Box 3025      New Albany OH 43054
6948658    Frenkel &Lambert, LLP      20 West Main Street      Bay Shore, NY 11706
6840379    Honda Financial Services      PO Box 7829      Philadelphia PA 19101
6840380    JC Penney      PO Box 960090      Orlando FL 32896
6840381    Malen Associates PC      123 Frost Street Suite 203      Westbury NY 11590
6840382    Sears Card      45 Congress Street      Salem MA 01970
6840383    The Home Depot      PO Box 653000      Dallas TX 75265

TOTAL: 16