# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: malleyne | Date Created: 12/2/2010 |
| Case: 1−10−47688−ess | Form ID: 205 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr          Debra Kramer          dkramer@kramerpllc.com, ny73@ecfcbis.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Xiomara Sanchez          16002 Normal Rd          #3          Jamaica, NY 11432
smg        United States Trustee          Office of the United States Trustee          271 Cadman Plaza East          Brooklyn, NY 11201

TOTAL: 2